# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **CHERYL JOHN SON,** | ) | |
| | ) | |
| **Claimant,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 5:16-cv-2086-CLS** |
| | ) | |
| **NANCY A. BERRYHILL, Acting** | ) | |
| **Commissioner, Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MEMORANDUM OPINION AND ORDER

The magistrate judge filed a report on December 28, 2017, recommending that

this court should affirm the decision of the Commissioner of the Social Security

Administration to deny claimant's claim for a period of disability and disability

insurance benefits.[1]  Claimant was notified of her right to file objections within

fourteen days of the report and recommendation,[2] but to date, no objections have been

received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court

file, including the report and recommendation, the court concludes that the

Commissioner's decision was supported by substantial evidence and in accordance

---

[1] Doc. no. 12 (Report and Recommendation).

[2] *Id.* at 13-14.

with applicable legal standards. Accordingly, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. The decision of the Commissioner is **AFFIRMED**. Costs are taxed against claimant. The Clerk is directed to close this file.

DONE this 23rd day of January, 2018.

_____
United States District Judge